# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139146(94)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellant,

v

FREDERICK JAMES MARDLIN,
   Defendant-Appellee.

_____

SC: 139146
COA: 279699
St. Clair CC: 07-000240-FH

   On order of the Chief Justice, the motion by the Prosecuting Attorneys Association of Michigan for leave to participate in oral argument is considered and it is DENIED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2010

_____
Clerk